■ In the Matter of DEANNA R.G., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; RAJKUMARE B., Appellant. [921 NYS2d 557]—

In a child protective proceeding pursuant to Family Court Act article 10, the mother appeals from a fact-finding order of the Family Court, Richmond County (McElrath, J.), dated May 7, 2010, which, after a hearing, found that she neglected the subject child.

Ordered that the fact-finding order is affirmed, without costs or disbursements.

Contrary to the mother's contention, the petitioner met its burden of establishing educational and medical neglect by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [A]; § 1046 [b]; *Matter of Eric C. [Barbara C.]*, 79 AD3d 1037, 1037 [2010]; *Matter of Ijeoma O.*, 271 AD2d 691, 692 [2000]). The petitioner submitted unrebutted evidence of excessive school absences, and the mother failed to offer a reasonable justification for the absences (*see Matter of Eric C. [Barbara C.]*, 79 AD3d at 1037; *Matter of Annalize P. [Angie D.]*, 78 AD3d 413, 414 [2010]; *Matter of Evan F.*, 48 AD3d 811, 811 [2008]). Moreover, the record establishes that although the mother was aware that her daughter had emotional problems and was in need of professional mental health care, she failed to obtain such care

for her (see *Matter of Ijeoma O.*, 271 AD2d at 692; *see also Matter of Perry S.*, 22 AD3d 234 [2005]). Covello, J.P., Angiolillo, Dickerson and Hall, JJ., concur.